Good morning, Your Honors. Roman Amagwin for Aloha Airlines, the defendant, in this case. Is there any appearance for Reza Lazane? There appearing to be none. The case is submitted for decision. Thank you for your patience, Counsel. Thank you.
judges: Noonan, Hawkins, Thomas